A CERTIFIED TRUE COPY
MAY 10 2006
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 30 2006
GREGORY C. LANGHAM
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
APR 24 2006
FILED
CLERK'S OFFICE

***DOCKET NO. 1742***

06-cv-00481-LTB-MJW

***BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION***

***IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION***

***(SEE ATTACHED SCHEDULE)***

2006 MAY 25 AM 11:05

***CONDITIONAL TRANSFER ORDER (CTO-3)***

On March 1, 2006, the Panel transferred 12 civil actions to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 54 additional actions have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable David A. Katz.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Katz.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of March 1, 2006, ____F.Supp.2d____ (J.P.M.L. 2006), and, with the consent of that court, assigned to the Honorable David A. Katz.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.
MAY 10 2006
CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Michael J. Beck

Michael J. Beck
Clerk of the Panel

I hereby certify that this instrument is a true and correct copy of the original on file in my office.
Attest: Geri M. Smith, Clerk
U.S. District Court
Northern District of Ohio
By: Jennifer Smolinski
Deputy Clerk

**SCHEDULE CTO-3 - TAG-ALONG ACTIONS**
**DOCKET NO. 1742**
**IN RE ORTHO EVRA PRODUCTS LIABILITY LITIGATION**

| DIST. | DIV. | C.A. # | CASE CAPTION |
|---|---|---|---|
| COLORADO | | | |
| CO | 1 | 06-481 | Hillary Skaggs v. Johnson & Johnson, et al. |
| KENTUCKY EASTERN | | | |
| KYE | 2 | 06-59 | Johanna J. Fain v. Johnson & Johnson, et al. |
| LOUISIANA WESTERN | | | |
| LAW | 6 | 06-162 | Shakonda D. Scott v. Johnson & Johnson, et al. |
| MINNESOTA | | | |
| MN | 0 | 06-1097 | Rosemary Lee Alassaf v. Johnson & Johnson, et al. |
| MN | 0 | 06-1131 | Daisy Georgestone v. Johnson & Johnson, et al. |
| MISSOURI WESTERN | | | |
| MOW | 3 | 06-5019 | Leandra J. West, et al. v. Johnson & Johnson, et al. |
| NEW JERSEY | | | |
| NJ | 2 | 06-801 | Jennifer Garland, et al. v. Johnson & Johnson, et al. |
| NJ | 2 | 06-886 | Kunthy Pech Jackson, et al. v. Johnson & Johnson, et al. |
| NJ | 2 | 06-1172 | Nicole D. Gigliotti v. Johnson & Johnson, et al. |
| NJ | 2 | 06-1434 | Christine Quigley v. Johnson & Johnson, et al. |
| OHIO SOUTHERN | | | |
| OHS | 2 | 06-181 | Stacy Watkins v. Johnson & Johnson, et al. |
| OHS | 2 | 06-182 | Helena Gray v. Johnson & Johnson, et al. |
| OHS | 2 | 06-183 | Brandy Harrison v. Johnson & Johnson, et al. |
| OHS | 2 | 06-184 | Danielle Dougherty v. Johnson & Johnson, et al. |
| TEXAS NORTHERN | | | |
| TXN | 3 | 06-486 | Erica L. Aceves v. Johnson & Johnson, et al. |
| UTAH | | | |
| UT | 2 | 06-259 | Jessica Platts, et al. v. Johnson & Johnson, et al. |